CEPEDA, DEMANDANTE Y APELANTE, *v.* PEÑALOSA, DEMANDADA Y APELADA.

Apelación procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre entrega de bienes.

No. 2345.—Resuelto en diciembre 7, 1920.

DESESTIMACIÓN DE APELACIÓN—ALEGATO RADICADO FUERA DE TIEMPO.—Cuando la parte apelante no justifica la excusa razonable que alega haber tenido para no radicar en tiempo su alegato, procede declarar con lugar una moción de la parte apelada solicitando la desestimación del recurso, aún cuando el alegato se hubiera radicado antes de la vista de la moción, máxime cuando el examen del alegato muestra que no asiste al apelante una buena causa de acción.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Freyre Barbosa y Moraza.*

Abogado de la apelada: *Sr. Alegría.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

La parte apelada Rosenda Peñalosa radicó moción en esta Corte Suprema el 17 de noviembre, 1920, solicitando la

desestimación del recurso de apelación interpuesto por la de-mandante Cayetana Cepeda Capote contra la sentencia de la Corte de Distrito de San Juan, Sección Primera, por el fundamento de no haberse presentado aún por la apelante el alegato escrito dentro del término de 10 días señalado por el Reglamento a pesar de haberse archivado la transcripción del record desde el día 27 de octubre anterior.

Al celebrarse la vista de la moción en 29 de noviembre citado ya el alegato había sido radicado desde el 19 del propio noviembre aunque con fecha de 25 de octubre.

La apelante, representada por su abogado Luis Freyre Barbosa, se opuso a la moción alegando que si bien el alegato fué radicado fuera del término legal, ello fué debido a una mala inteligencia de la persona a quien lo entregó el 25 de octubre para su presentación en la Secretaría de esta Corte Suprema, pues en lugar de hacerlo así lo llevó equivocadamente a la corte de distrito de donde lo recogió el día 19 de noviembre para radicarlo como lo hizo en la Secretaría de la Corte Suprema.

Al escrito de oposición que no está jurado por el abogado Freyre Barbosa que lo suscribió se acompaña un *affidavit* de Julio Maysonet, expresivo de que en 25 de octubre, 1920, recibió del abogado Freyre Barbosa un alegato con cinco copias en el pleito de que se trata para su presentación en la Corte Suprema y por un error entregó alegato y copias en la Corte de Distrito de San Juan, Sección Primera, habiendo sido devueltos dichos documentos a Maysonet Rivera en 19 de noviembre cuando él se apercibió del error sufrido, en cuya fecha hizo la radicación en la Secretaría de la Corte Suprema.

No nos satisface la prueba de las alegaciones de la parte apelante en apoyo de su oposición. Sus alegaciones no están juradas. Llama la atención que el alegato fuera entregado por el abogado Freyre Barbosa a Julio Maysonet Rivera en 25 de octubre de 1920 para su entrega en la Secretaría de la Corte Suprema cuando aún no se había radicado

la transcripción del record que tuvo lugar dos días después o sea en 27 de octubre. Ni expresa el *affidavit* cuál fuera la persona de la Secretaría de la Corte de Distrito de San Juan que recibió el alegato y lo tuvo en su poder desde el 25 de octubre hasta el 19 de noviembre. El *affidavit* de esa persona hubiera sido la mejor prueba y no se explica por qué se omitió presentarlo.

Es un hecho que el alegato fué presentado fuera del término de 10 días que señala el Reglamento y ese es un motivo bastante para la desestimación del recurso a falta de excusa razonable que no se ha justificado.

Tampoco ha tratado la apelante de demostrarnos, para que ejercitemos nuestra discreción en favor suyo, que le asiste una buena causa de acción. Aún más, examinando su alegato no vemos que exista, pues la cuestión principal envuelta en el recurso o sea la de si el hecho consignado en una partida de bautismo de ser el bautisado hijo natural reconocido de determinada persona, sin que el presunto padre haya intervenido en dicha partida es bastante para estimar justificado mediante documento público el reconocimiento de la filiación natural, ha sido ya resuelto en sentido negativo por repetida jurisprudencia de esta Corte Suprema. *Calaf* v. *Calaf,* 17 D. P. R. 198; *Rivera* v. *Cámara,* 17 D. P. R. 528; *Rodríguez* v. *Rodríguez et al.,* 18 D. P. R. 440; *Figueroa* v. *Díaz et al.,* 19 D. P. R. 717; *Iturrino* v. *Iturrino,* 24 D. P. R. 467; *Ex parte Otero et al.,* y *Striker* v. *El Pueblo,* 27 D. P. R. 340.

Por las razones expuestas procede declarar con lugar la moción de la parte apelada y desestimar el recurso de apelación interpuesto contra la sentencia de la Corte de Distrito de San Juan, Sección Primera, de 9 de agosto, 1920.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.